FREDERICK T. MASON, Appellant, *v.* FREDERICK TIETIG, Respondent.

APPEAL from an order resettling a case on appeal.

C. H. & J. A. Young & Terry, for appellant.

James S. Schmaier, for respondent.

*Per Curiam.* In view of the order entered on the 17th instant on the appeal from the order directing a resettlement of the case on appeal, the appeal must be heard at the next General Term.

Present: FITZSIMONS, Ch. J., and CONLAN, J.

Appeal ordered heard at next General Term.

---

THE WEEHAWKEN WHARF Co., Respondent, *v.* THE KNICKERBOCKER COAL Co., Appellant.

APPEAL from an order vacating an attachment.

Edwards & Bryan, for appellant.

James R. Rogers, for respondent.

*Per Curiam.* This is an appeal from an order denying the defendant's motion to vacate the attachment upon the original papers.

The order appealed from must be affirmed, with costs. The papers upon which said attachment was granted were more than sufficient.

Present: FITZSIMONS, Ch. J., O'DWYER and McCARTHY, JJ.

Order affirmed, with costs.